IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
COREY HAYNES,                    )
                                 )
              Plaintiff,         )        8:10CV342
                                 )
        v.                       )
                                 )
FBG SERVICE CORPORATION,         )        ORDER
                                 )
              Defendant.         )
_____)
```

Plaintiff, a non-prisoner, filed a motion for leave to proceed in forma pauperis (Filing No. 2). Upon review of plaintiff's motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis. Accordingly,

IT IS ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

DATED this 21st day of September, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court