IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
COREY HAYNES,                    )
                                 )
            Plaintiff,           )        8:10CV342
                                 )
     v.                          )
                                 )
FBG SERVICE CORPORATION,         )        MEMORANDUM AND ORDER
                                 )
            Defendant.           )
_____)
```

This matter is before the Court on plaintiff's Motion to Appoint Counsel (Filing No. 17) and Motion to Extend (Filing No. 24). Regarding the Motion to Appoint Counsel, the Court notes that it cannot routinely appoint counsel in civil cases. In *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996), the Eighth Circuit Court of Appeals explained that "[i]ndigent civil litigants do not have a constitutional or statutory right to appointed counsel. . . . The trial court has broad discretion to decide whether both the plaintiff and the court will benefit from the appointment of counsel . . . ." *Id.* (quotation and citation omitted). No such benefit is apparent here. The request for the appointment of counsel will be denied without prejudice.

Plaintiff also seeks a Motion to Extend, presumably to respond to the pending Motion to Compel (Filing No. 24). For good cause shown, the Motion to Extend will be granted and plaintiff shall have additional time to respond to the Motion to Compel (Filing No. 20), as set forth below.

Also pending before the Court is defendant's Motion to Strike Unopposed Motion to Quash (Filing No. 19). In the its Motion to Strike, defendant states that Filing No. 18, titled "Unopposed Motion to Quash," was incorrectly filed in CM/ECF. (*Id.*) Defendant states that it will file a corrected motion, which it has done. (*See* Filing No. 20.) The Court will allow the correction of this filing error.

IT IS ORDERED:

1) Plaintiff's Motion to Appoint Counsel (Filing No. 17) is denied.

2) Plaintiff's Motion to Extend (Filing No. 24) is granted. Plaintiff shall have until March 25, 2011, to file a response to defendant's pending Motion to Compel. If no response is filed by that date, the Court will rule on the Motion to Compel without further notice.

3) Defendant's Motion to Strike Unopposed Motion to Quash (Filing No. 19) is granted. The clerk of the court is directed to strike Filing No. 18 from the record. Filing No. 20 remains pending.

DATED this 15th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

\* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.