IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COREY HAYNES, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV342 |
| | ) | |
| v. | ) | |
| | ) | |
| FBG SERVICE CORPORATION, | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' Joint Stipulation for Order of Dismissal With Prejudice (Filing No. 29) and Fed. R. Civ. P. 41,

IT IS ORDERED that this matter is dismissed with prejudice, with each party to pay its own attorney fees and costs.

DATED this 7th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court